FILED

2014 NOV 21 A 10: 02



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Carlo Ocampo Reyes - #226150

CV 14-80 318 MISC

) ORDER TO SHOW CAUSE RE
) SUSPENSION FROM MEMBERSHIP
) IN GOOD STANDING OF THE BAR
) OF THE COURT
)

TO:  Carlo Ocampo Reyes

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Suspended for 90 days by the Supreme Court of California effective October 16, 2014.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before December 30, 2014,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after December 30, 2014, absent further order of this Court.

IT IS SO ORDERED.

Dated: 11/19/14

JAMES DONATO
United States District Judge

Form updated July 2012